1  **MATTHEW L. SHARP, LTD.**
2  Matthew L. Sharp.
   432 Ridge Street
3  Reno, Nevada 89501
   Phone: (775) 324-1500
4  Email: matt@mattsharplaw.com

5  *Attorneys for Plaintiff*
6
   [*Additional Counsel Listed Below*]
7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10

11  MICHAEL RUTH, and OTILDA          Case No.:  15-00481-RFB-VCF
    LAMONT, Derivatively on Behalf of
12  CANNAVEST CORP.,

13             Plaintiffs,

14  v.                                **FURTHER JOINT STATUS
                                      REPORT TO MAGISTRATE
15  MICHAEL MONA, JR., BART P.        JUDGE CAM FERENBACH**
    MACKAY, and LARRY RASKIN,
16

17             Defendants,

18  and

19
    CANNAVEST CORP.,
20
               Nominal Defendant.
21

22

23

24

25

26

27

28

**WHEREAS,** by Order dated January 11, 2016, (D.E. 34), Judge Boulware ordered that the current action shall continue to be stayed pending a resolution of the motion to dismiss in the related action styled as *In re: CannaVest Corp., Securities Litigation*" under case no. 14-cv-2900 (hereafter, the "New York Federal Securities Action");

**WHEREAS**, Judge Boulware, also on January 11, 2016, ordered the parties to submit a written Status Report to Magistrate Cam Ferenbach as to the status of the motion to dismiss in the New York Federal Securities Action on or before March 31, 2016;

**WHEREAS,** in the New York Federal Securities Action the lead plaintiff filed a consolidated complaint on September 14, 2015, and Defendants responded with a motion to dismiss on December 11, 2015;

**WHEREAS**, the lead plaintiff in the New York Federal Securities Action served its Opposition to Defendants' Motion to Dismiss on March 21, 2016;

**WHEREAS,** the Court in the New York Federal Securities Action uses the "bundling" method of having a motion presented to it only after all the papers have been served;

**WHEREAS**, the Defendants' motion to dismiss the New York Federal Securities Action has been fully briefed, with all papers having been docketed on September 30, 2016;

**WHEREAS,** the Defendants' motion to dismiss the New York Federal Securities Action is currently under submission with the Southern District of New York;

**WHEREAS**, the Southern District of New York has not set or requested a hearing on the Defendants' motion to dismiss the New York Federal Securities Action, and presently the parties expect that court to issue an opinion based solely on the papers, unless the parties are advised otherwise;

**WHEREAS,** there are no motions presently pending before this Court;

**WHEREAS,** the parties have met and conferred, and therefore:

**ACCORDINGLY,** the parties respectfully submit:

1. that the instant action should continue to be stayed under the same terms as set forth in the parties' Stipulation dated January 5, 2016 (D.E. 33), which was "so-ordered" by Judge Boulware on January 11, 2016  (D.E. 34);

2. That the parties provide a further status report to Magistrate Judge Cam Ferenbach on or before June 1, 2017 as to the status of the pending motion to dismiss in the New York Federal Securities Action; and

3. That as set forth in this Court's Order dated January 11, 2016 (D.E. 34), if the motion to dismiss in the New York Federal Securities Action is resolved before June 1, 2017, then the parties shall, within thirty (30) days after the resolution of the motion to dismiss in the New York Federal Securities Action, or an earlier lifting of the stay of the instant case, propose a Joint Discovery Plan for this Court's approval.

Dated: March 1, 2017

**MATTHEW L. SHARP, LTD.**             **PROCOPIO, CORY,**
                                       **HARGREAVES & SAVITCH, LLP**


By:  s/*Matthew L. Sharp*              By:  s/ *Todd Neal*
     Matthew L. Sharp                       S. Todd Neal (Admitted *Pro Hac*
     432 Ridge Street                       *Vice*)
     Reno, NV 89501                         Sean M. Sullivan (Admitted *Pro*
     Phone: (775) 324-1500                  *Hac Vice*)
     Email: matt@mattsharplaw.com           525 B. Street, Suite 2200
                                            San Diego, CA 92101
                                            todd.neal@procopio.com
                                            sean.sullivan@procopio.com

                                            and

IT IS SO ORDERED.                           William R. Urga (Nev. Bar 1195)
                                            3800 Howard Hughes Parkway
                                            Wells Fargo Tower, Sixteenth
_____                  Floor
UNITED STATES MAGISTRATE JUDGE
DATED: _____3-2-2017_____

1

2

3

4   And

5   **GAINEY McKENNA &
    EGLESTON**

6   Thomas J. McKenna
    Gregory M. Egleston

7

8   440 Park Avenue South, 5th Floor
    New York, New York 10016

9   Phone: (212) 983-1300

10  Fax: (212) 983-0383
    Email: tjmckenna@gme-law.com

11  Email: gegleston@gme-law.com

12

13  *Counsel for Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Las Vegas, Nevada 89169
Telephone: 702.699.7500
Facsimile: 702.699.7555
E-mail: wru@juww.com

*Counsel for Defendants
Michael Mona, Jr., Bart P.
Mackay, Larry Raskin, and
CannaVEST Corp.*

1

## CERTIFICATE OF SERVICE

2  Pursuant to Federal Rules of Civil Procedure 5 (b), I hereby certify that I am an

3  employee of Procopio, Cory, Hargreaves & Savitch, LLP and that on this 1st day of

4  December, 2016, I caused the document entitled "FURTHER JOINT STATUS

5  REPORT TO MAGISTRATE JUDGE CAM FERENBACH" to be served on the

6  parties in this action via the Court's CM/ECF System.

7                                     **By: s/ Natalie N. Freitas_____**

8                                     **An Employee of PROCOPIO, CORY,**

9                                     **HARGREAVES & SAVITCH, LLP**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28