# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| MICHAEL RUTH and Otilda Lamont, Derivatively on Behalf of Cannavest Corp., <br><br> Plaintiffs, <br><br> vs. <br> MICHAEL MONA, JR., BART P. MAC, *et al.*, <br><br> Defendants. | 2:15-cv-00481-RFB-VCF <br> **ORDER** |

Before the Court is the Joint Status Report to Magistrate Judge Cam Ferenbach (ECF No. 41).

Accordingly,

IT IS HEREBY ORDERED that the parties must file a joint status report on or before September 15, 2017 as to the status of the pending motion to dismiss in the New York Federal Securities Action.

DATED this 5th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE