1 **MATTHEW L. SHARP, LTD.**
Matthew L. Sharp.
432 Ridge Street
Reno, Nevada 89501
Phone: (775) 324-1500
Email: matt@mattsharplaw.com

*Attorneys for Plaintiff*

[*Additional Counsel Listed Below*]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RUTH, and OTILDA LAMONT, Derivatively on Behalf of CANNAVEST CORP., | Case No.: 15-00481-RFB-VCF |
| Plaintiffs, | |
| v. | **FURTHER JOINT STATUS REPORT TO MAGISTRATE JUDGE CAM FERENBACH** |
| MICHAEL MONA, JR., BART P. MACKAY, and LARRY RASKIN, | |
| Defendants, | |
| and | |
| CANNAVEST CORP., | |
| Nominal Defendant. | |

| | |
|---|---|
| 1 | **WHEREAS,** by Order dated January 11, 2016, (D.E. 34), Judge Boulware ordered that the current action shall continue to be stayed pending a resolution of the motion to dismiss in the related action styled as *In re: CannaVest Corp., Securities Litigation*" under case no. 14-cv-2900 (hereafter, the "New York Federal Securities Action"); |
| 6 | **WHEREAS**, Judge Boulware, also on January 11, 2016, ordered the parties to submit a written Status Report to Magistrate Cam Ferenbach as to the status of the motion to dismiss in the New York Federal Securities Action on or before March 31, 2016; |
| 10 | **WHEREAS,** in the New York Federal Securities Action the lead plaintiff filed a consolidated complaint on September 14, 2015, and Defendants responded with a motion to dismiss on December 11, 2015; |
| 13 | **WHEREAS**, the lead plaintiff in the New York Federal Securities Action served its Opposition to Defendants' Motion to Dismiss on March 21, 2016; |
| 15 | **WHEREAS,** the Court in the New York Federal Securities Action uses the "bundling" method of having a motion presented to it only after all the papers have been served; |
| 18 | **WHEREAS**, the Defendants' motion to dismiss the New York Federal Securities Action has been fully briefed, with all papers having been docketed on September 30, 2016; |
| 21 | **WHEREAS,** the Defendants' motion to dismiss the New York Federal Securities Action is currently under submission with the Southern District of New York; |
| 23 | **WHEREAS**, the Southern District of New York has not set or requested a hearing on the Defendants' motion to dismiss the New York Federal Securities Action, and presently the parties expect that court to issue an opinion based solely on the papers, unless the parties are advised otherwise; |
| 27 | **WHEREAS,** there are no motions presently pending before this Court; |
| 28 | **WHEREAS,** the parties have met and conferred, and therefore: |

**ACCORDINGLY,** the parties respectfully submit:

1. that the instant action should continue to be stayed under the same terms as set forth in the parties' Stipulation dated January 5, 2016 (D.E. 33), which was "so-ordered" by Judge Boulware on January 11, 2016 (D.E. 34);

2. That the parties provide a further status report to Magistrate Judge Cam Ferenbach on or before March 23, 2018 as to the status of the pending motion to dismiss in the New York Federal Securities Action; and

3. That as set forth in this Court's Order dated January 11, 2016 (D.E. 34), if the motion to dismiss in the New York Federal Securities Action is resolved before March 23, 2018, then the parties shall, within thirty (30) days after the resolution of the motion to dismiss in the New York Federal Securities Action, or an earlier lifting of the stay of the instant case, propose a Joint Discovery Plan for this Court's approval.

Dated: December 22, 2017

| | |
|---|---|
| **MATTHEW L. SHARP, LTD.** | **PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP** |
| By: s/*Matthew L. Sharp*<br>Matthew L. Sharp<br>432 Ridge Street<br>Reno, NV 89501<br>Phone: (775) 324-1500<br>Email: matt@mattsharplaw.com | By: s/*S. Todd Neal*<br>S. Todd Neal (Admitted *Pro Hac Vice*)<br>Sean M. Sullivan (Admitted *Pro Hac Vice*)<br>525 B. Street, Suite 2200<br>San Diego, CA 92101<br>todd.neal@procopio.com<br>sean.sullivan@procopio.com<br><br>and<br><br>William R. Urga (Nev. Bar 1195)<br>JOLLEY URGA WOODBURY HOLTHUS & ROSE<br>330 S. Rampart Blvd., Suite 380<br>Las Vegas, Nevada 89145 |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 12-22-2017

Telephone: 702.699.7500
Facsimile: 702.699.7555
E-mail: wru@juww.com

And

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston

440 Park Avenue South, 5th Floor
New York, New York 10016
Phone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Counsel for Plaintiffs*

*Counsel for Defendants Michael Mona, Jr., Bart P. Mackay, Larry Raskin, and CannaVEST Corp.*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure 5 (b), I hereby certify that I am an employee of Procopio, Cory, Hargreaves & Savitch, LLP and that on this 22nd day of December 2017, I caused the document entitled "FURTHER JOINT STATUS REPORT TO MAGISTRATE JUDGE CAM FERENBACH" to be served on the parties in this action via the Court's CM/ECF System.

*By:  /s/ S. Todd Neal*
S. Todd Neal
An Employee of PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP