| | |
|---|---|
| Matthew L. Sharp, Esq.<br>Nevada Bar No. 4746<br>**MATTHEW L. SHARP, LTD.**<br>432 Ridge Street<br>Reno, Nevada 89501<br>Phone: (775) 324-1500<br>matt@mattsharplaw.com<br><br>*Attorneys for Plaintiff*<br><br>[*Additional Counsel Listed Below*] | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL RUTH, and OTILDA LAMONT, Derivatively on Behalf of CANNAVEST CORP., <br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MONA, JR., BART P. MACKAY, and LARRY RASKIN,<br><br>Defendants,<br><br>and<br><br>CANNAVEST CORP.,<br><br>Nominal Defendant. | Case No.: 2:15-cv-00481-RFB-VCF<br><br>**FURTHER JOINT STATUS REPORT TO MAGISTRATE JUDGE CAM FERENBACH** |

**WHEREAS,** by Order dated January 11, 2016, (D.E. 34), Judge Boulware ordered that the current action shall continue to be stayed pending a resolution of the motion to dismiss in the related action styled as *In re: CannaVest Corp., Securities Litigation*" under case no. 14-cv-2900 (hereafter, the "New York Federal Securities Action");

**WHEREAS**, Judge Boulware, also on January 11, 2016, ordered the parties to submit a written Status Report to Magistrate Cam Ferenbach as to the status of the

1

motion to dismiss in the New York Federal Securities Action on or before March 31, 2016;

**WHEREAS,** in the New York Federal Securities Action the lead plaintiff filed a consolidated complaint on September 14, 2015, and Defendants responded with a motion to dismiss on December 11, 2015;

**WHEREAS**, the lead plaintiff in the New York Federal Securities Action served its Opposition to Defendants' Motion to Dismiss on March 21, 2016;

**WHEREAS**, the Defendants' motion to dismiss the New York Federal Securities Action was fully briefed, with all papers having been docketed on September 30, 2016;

**WHEREAS,** on March 31, 2018, the Court in the Southern District of New York issued its written opinion denying in part and granting in part the motion to dismiss;

**WHEREAS**, the answer of the remaining defendants in the New York Federal Securities Action is due on April 30, 2018;

**WHEREAS,** an action was filed by the Securities and Exchange Commission ("SEC") on June 15, 2017 against CannaVest Corp. and Michael J. Mona, Jr., two defendants in the instant action, in the United States District Court of Nevada, Civil Action No. 2-17-cv-01681 ("SEC Action");

**WHEREAS**, the SEC Action has been settled in principal, pending the approval of the proposed settlement terms by senior SEC officials;

**WHEREAS,** there are no motions presently pending before this Court; and

**WHEREAS,** the parties have met and conferred, and Plaintiff desires to further amend her complaint to take cognizance of recent developments in the New York Federal Securities Action and in the SEC Action:

**ACCORDINGLY,** the parties respectfully submit:

1. That Plaintiff's Second Amended Complaint should be filed on or before thirty (30) days from the date this Stipulation is so ordered by the Court; and

///

2. That the Defendants thereafter shall have thirty (30) days to respond to Plaintiff's Second Amended Complaint.

Dated: April 30, 2018

**MATTHEW L. SHARP, LTD.**

By: */s/ Matthew L. Sharp*
　　Matthew L. Sharp
　　Nevada Bar No. 4746
　　432 Ridge Street
　　Reno, NV 89501
　　Phone: (775) 324-1500
　　matt@mattsharplaw.com

and

**GAINEY McKENNA &
　EGLESTON**
Thomas J. McKenna
Admitted *Pro Hac Vice*
440 Park Avenue South, 5th Floor
New York, NY 10016
Phone: (212) 983-1300
Fax: (212) 983-0383
tjmckenna@gme-law.com

*Counsel for Plaintiffs*

Dated: April 30, 2018

**PROCOPIO, CORY,
HARGREAVES & SAVITCH. LLP**

By: */s/ S. Todd Neal*
　　S. Todd Neal
　　Admitted *Pro Hac Vice*
　　Sean M. Sullivan
　　Admitted *Pro Hac Vice*
　　525 B. Street, Suite 2200
　　San Diego, CA 92101
　　todd.neal@procopio.com
　　sean.sullivan@procopio.com

and

William R. Urga
Nevada Bar No. 1195
JOLLEY URGA WOODBURY
　HOLTHUS & ROSE
330 S. Rampart Blvd., Suite 380
Las Vegas, Nevada 89145
Phone: 702.699.7500
Fax: 702.699.7555
wru@juww.com

*Counsel for Defendants
Michael Mona, Jr., Bart P. Mackay,
Larry Raskin, and
CannaVEST Corp.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ___4-30-2018___

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure 5 (b), I hereby certify that I am an employee of Matthew L. Sharp, Ltd. and that on this 30th day of April 2018, I caused the foregoing FURTHER JOINT STATUS REPORT TO MAGISTRATE JUDGE CAM FERENBACH to be served on the parties in this action via the Court's CM/ECF System.

                                                  */s/ Cristin B. Sharp*
                                                  An employee of Matthew L. Sharp, Ltd.