Matthew L. Sharp, Esq.
Nevada Bar No. 4746
**MATTHEW L. SHARP. LTD.**
432 Ridge Street
Reno, Nevada 89501
Phone: (775) 324-1500
Email: matt@mattsharplaw.com

*Attorneys for Plaintiffs*

[*Additional Counsel Listed Below*]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RUTH, and OTILDA LAMONT, Derivatively on Behalf of CANNAVEST CORP., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL MONA, JR., BART P. MACKAY, and LARRY RASKIN, <br><br> Defendants, <br><br> and <br><br> CANNAVEST CORP., <br><br> Nominal Defendant. | Case No.: 2:15-cv-00481-RFB-VCF <br><br><br> **SCHEDULE FOLLOWING EXPIRATION OF STAY** |

Plaintiffs Michael Ruth and Otilda Lamont ("Plaintiffs") and defendants Michael Mona, Jr., Bart P. Mackay, Larry Raskin, and CV Sciences, Inc., formerly known as CannaVest Corp. ("Defendants") jointly state:

Plaintiffs filed their Second Amended Shareholder Derivative Complaint (the "Complaint") against Defendants on May 30, 2018. (Dkt. 51).

This action, and the allegations in the Complaint, involve largely the same facts and issues alleged in the related action styled as *In re: CannaVest Corp., Securities Litigation*" under Case No. 14-cv-2900, filed in the United States District Court for the Southern District of New York ("New York Federal Securities Action").

This court entered an Order on July 17, 2018, imposing a stay of the action and discovery pursuant to stipulation, until the earlier of (i) the close of fact discovery in the New York Federal Securities Action, or (ii) the deadline for appealing a dismissal of the New York Federal Securities Action with prejudice. ("Stay Order"; Dkt. 54). Under the terms of the Stay Order, Defendants did not need to respond to the Complaint.

On March 31, 2019, the United States District Court for the Southern District of New York entered an order, denying in part and granting in part, the motion to dismiss the New York Federal Securities Action.

On June 28, 2019, the plaintiffs in the New York Federal Securities Action filed a Stipulation of Dismissal with Prejudice.

On July 2, 2019, the United States District Court for the Southern District of New York entered an order dismissing, with prejudice, the New York Federal Securities Action ("Dismissal Order"). The court entered the Dismissal Order pursuant to a stipulation under Federal Rule 41(a), with each party bearing their own costs and fees.

Pursuant to the Stay Order, the parties in this action "Within thirty (30) days of the expiration of the stay," must "jointly submit to the Court a proposed schedule for further proceedings in this action." (Dkt. 54, p. 4). Accordingly, the parties propose a schedule of events follows:

1. Defendants' deadline to file and serve a response to the Complaint: September 6, 2019;

2. Plaintiffs' deadline to file and serve any opposition to any motion filed in response to the Complaint: 45 days after the filing of such motion;

3. Defendants' deadline to file and serve any reply to Plaintiffs' opposition: 21 days after the filing of such opposition.

The parties propose that additional case management dates be set upon resolution of any motion filed in response to the Complaint.

| Dated: August 1, 2019 | Dated: August 1, 2019 |
|---|---|
| **MATTHEW L. SHARP, LTD.** | **PROCOPIO, CORY, HARGREAVES & SAVITCH. LLP** |
| */s/ Matthew L. Sharp* | */s/ S. Todd Neal* |
| Matthew L. Sharp | S. Todd Neal (Admitted *Pro Hac Vice*) |
| Nevada Bar No. 4746 | Sean M. Sullivan (Admitted *Pro Hac Vice*) |
| 432 Ridge Street | 525 B. Street, Suite 2200 |
| Reno, NV 89501 | San Diego, CA 92101 |
| Phone: (775) 324-1500 | todd.neal@procopio.com |
| matt@mattsharplaw.com | sean.sullivan@procopio.com |
| and | and |
| Thomas J. McKenna (Admitted *pro hac vice*) | William R. Urga |
| **GAINEY McKENNA & EGLESTON** | Nevada Bar No. 1195 |
| 440 Park Ave. South, 5th Floor | **JOLLEY URGA WOODBURY HOLTHUS & ROSE** |
| New York, New York 10016 | 330 S. Rampart Blvd., Suite 380 |
| Phone: (212) 983-1300 | Las Vegas, Nevada 89145 |
| Fax: (212) 983-0383 | Telephone: 702.699.7500 |
| tjmckenna@gme-law.com | Facsimile: 702.699.7555 |
| *Counsel for Plaintiffs* | wru@juwlaw.com |

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, December 2, 2019, in Courtroom 3D.

IT IS SO ORDERED.

*[signature]*

UNITED STATES MAGISTRATE JUDGE
DATED: August 2, 2019