**PROCOPIO, CORY,**
**HARGREAVES & SAVITCH, LLP**
S. Todd Neal (Admitted *Pro Hac Vice*)
Sean M. Sullivan (Admitted *Pro Hac Vice*)
525 B. Street, Suite 2200
San Diego, CA 92101
Phone: (619) 238-1900
Email: todd.neal@procopio.com
Email: sean.sullivan@procopio.com

[*Additional Counsel Listed Below*]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RUTH, and OTILDA LAMONT, Derivatively on Behalf of CANNAVEST CORP., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL MONA, JR., BART P. MACKAY, and LARRY RASKIN, <br><br> Defendants, <br><br> and <br><br> CANNAVEST CORP., <br><br> Nominal Defendant. | Case No.: 2:15-cv-00481-RFB-VCF <br><br><br> **STIPULATION TO EXTEND TIME TO FILE MOTION** <br> **(First Request)** |

| 1 | Plaintiffs Michael Ruth and Otlida Lamont ("Plaintiffs") and defendants
| 2 | Michael Mona, Jr., Bart P. Mackay, Larry Raskin, and CV Sciences, Inc., formerly
| 3 | known as CannaVest Corp. ("Defendants") jointly state:
| 4 | On August 1, 2019, the parties proposed an initial schedule of events following
| 5 | expiration of the stay of this action as follows:

1. Defendants' deadline to file and serve a response to the Complaint: September 6, 2019;
2. Plaintiffs' deadline to file and serve any opposition to any motion filed in response to the Complaint: 45 days after the filing of such motion;
3. Defendants' deadline to file and serve any reply to Plaintiffs' opposition: 21 days after the filing of such opposition.

(Dkt. 55). The Court entered the parties' proposed order on August 2, 2019. (Dkt. 56). The parties have met and conferred and hereby stipulate to extend the above deadlines. This is the first stipulation for extension of time as to such deadlines and is made based on the complexity of the underlying issues and the schedules of respective counsel. The parties propose the Court adopt the following schedule of events in place of that set forth above (changes in bold/underline):

1. Defendants' deadline to file and serve a response to the Complaint: **September 20, 2019**;
2. Plaintiffs' deadline to file and serve any opposition to any motion filed in response to the Complaint: 45 days after the filing of such motion;
3. Defendants' deadline to file and serve any reply to Plaintiffs' opposition: 21 days after the filing of such opposition.

///
///
///
///

1 | Dated: August 28, 2019

2 | **MATTHEW L. SHARP, LTD.**  **PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP**

| | |
|---|---|
| By: */s/ Thomas J. McKenna*<br>Matthew L. Sharp<br>432 Ridge Street<br>Reno, NV 89501<br>Phone: (775) 324-1500<br>Email: matt@mattsharplaw.com<br><br>and<br><br>Thomas J. McKenna<br>Gregory M. Egleston<br>**GAINEY McKENNA & EGLESTON**<br>440 Park Avenue South, 5th Floor<br>New York, New York 10016<br>Phone: (212) 983-1300<br>Fax: (212) 983-0383<br>Email: tjmckenna@gme-law.com<br>Email: gegleston@gme-law.com<br><br>*Counsel for Plaintiffs* | By: */s/ S. Todd Neal*<br>S. Todd Neal (Admitted *Pro Hac Vice*)<br>Sean M. Sullivan (Admitted *Pro Hac Vice*)<br>525 B. Street, Suite 2200<br>San Diego, CA 92101<br>Phone: (619) 238-1900<br>Email: todd.neal@procopio.com<br>Email: sean.sullivan@procopio.com<br><br>and<br><br>William R. Urga (Nev. Bar 1195)<br>**JOLLEY URGA WOODBURY HOLTHUS & ROSE**<br>330 S. Rampart Blvd., Suite 380<br>Las Vegas, Nevada 89145<br>Telephone: 702.699.7500<br>Facsimile: 702.699.7555<br>Email: wru@juwlaw.com<br><br>*Counsel for Defendants Michael Mona, Jr., Bart P. Mackay, Larry Raskin, and CannaVEST Corp.* |

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated this 4th day of September, 2019

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on August 28, 2019, I electronically transmitted the |
| 3 | foregoing document using the CM/ECF system for filing, which will transmit the |
| 4 | document electronically to all registered participants as identified on the Notice of |
| 5 | Electronic Filing. Paper copies have been or promptly will be served personally on |
| 6 | all parties not registered, and those indicated as non-registered participants. |

*/s/ S. Todd Neal*
S. Todd Neal