**PROCOPIO, CORY,
HARGREAVES & SAVITCH, LLP**
S. Todd Neal (Admitted *Pro Hac Vice*)
Sean M. Sullivan (Admitted *Pro Hac Vice*)
525 B. Street, Suite 2200
San Diego, CA 92101
Phone: (619) 238-1900
Email: todd.neal@procopio.com
Email: sean.sullivan@procopio.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna (Admitted *Pro Hac Vice*)
440 Park Avenue South, 5th Floor
New York, New York 10016
Phone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RUTH, and OTILDA LAMONT, Derivatively on Behalf of CANNAVEST CORP., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL MONA, JR., BART P. MACKAY, and LARRY RASKIN, <br><br> Defendants, <br><br> and <br><br> CANNAVEST CORP., <br><br> Nominal Defendant. | Case No.: 2:15-cv-00481-RFB-VCF <br><br><br> **STIPULATION TO CONTINUE STATUS HEARING ON DECEMBER 2, 2019** |

Plaintiffs Michael Ruth and Otlida Lamont ("Plaintiffs") and defendants Michael Mona, Jr., Bart P. Mackay, Larry Raskin, and CV Sciences, Inc., formerly known as CannaVest Corp. ("Defendants") jointly state:

On August 2, 2019, the Court entered the Schedule Following Expiration of Stay (Dkt. 56), ordering that a status hearing take place on December 2, 2019. On August 28, 2019, the Court entered the Stipulation to Extend Time to File Motion (First Request) (Dkt. 57), extending the deadlines set forth in the Schedule Following Expiration of Stay (Dkt. 56) but not addressing the December 2, 2019 status conference.

The parties have met and conferred and hereby stipulate to continue the December 2, 2019 status hearing pending the Court's resolution of Defendants' Motion to Dismiss (Dkt. 59).

Dated: November 21, 2019

| | |
|---|---|
| **MATTHEW L. SHARP, LTD.** | **PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP** |
| By: */s/ Thomas J. McKenna* | By: */s/ S. Todd Neal* |
| Matthew L. Sharp<br>432 Ridge Street<br>Reno, NV 89501<br>Phone: (775) 324-1500<br>Email: matt@mattsharplaw.com<br><br>and<br><br>Thomas J. McKenna<br>Gregory M. Egleston<br>**GAINEY McKENNA & EGLESTON**<br>440 Park Avenue South, 5th Floor<br>New York, New York 10016 | S. Todd Neal (Admitted *Pro Hac Vice*)<br>Sean M. Sullivan (Admitted *Pro Hac Vice*)<br>525 B. Street, Suite 2200<br>San Diego, CA 92101<br>Phone: (619) 238-1900<br>Email: todd.neal@procopio.com<br>Email: sean.sullivan@procopio.com<br><br>and<br><br>William R. Urga (Nev. Bar 1195)<br>**JOLLEY URGA WOODBURY HOLTHUS & ROSE**<br>330 S. Rampart Blvd., Suite 380 |

1

| | |
|---|---|
| Phone: (212) 983-1300<br>Fax: (212) 983-0383<br>Email: tjmckenna@gme-law.com<br>Email: gegleston@gme-law.com | Las Vegas, Nevada 89145<br>Telephone: 702.699.7500<br>Facsimile: 702.699.7555<br>Email: wru@juwlaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants Michael Mona, Jr., Bart P. Mackay, Larry Raskin, and CannaVEST Corp.* |

IT IS SO ORDERED.

_____
United States Magistrate Judge

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, May 26, 2020, in Courtroom 3D.

Dated this 22nd day of November, 2019.

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2019, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing. Paper copies have been or promptly will be served personally on all parties not registered, and those indicated as non-registered participants.

                                            */s/ S. Todd Neal*
                                            S. Todd Neal

3