**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Michael D. Maupin, Esq.
Nevada Bar No. 13721
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
mmaupin@maclaw.com
*Attorneys for Defendant,*
*Michael Mona, Jr.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL RUTH, and OTILDA
LAMONT, Derivatively on Behalf of
CANNAVEST CORP.,

Plaintiff,

vs.

MICHAEL MONA, JR., BART P.
MACKAY, and LARRY RASKIN,

Defendants,

and

CANNAVEST CORP., now known as
CV Sciences, Inc

Nominal Defendant.

Case No.: 2:15-cv-00481-RFB-VCF

## MOTION FOR SUBSTITUTION OF COUNSEL

Terry A. Coffing, Esq. and Michael D. Maupin, Esq. of the law firm of Marquis Aurbach Coffing, is hereby substituted as counsel of record for Defendant, Michael Mona, Jr. in the above-entitled action, in place and stead of William R. Urga, Esq., of the law firm Jolley Urga Woodbury Holthus & Rose; and S. Todd Neal, Esq. and Sean M. Sullivan, Esq., of the law firm of Procopio Cory Hargreaves & Savitch LLP.

Dated this __ day of June, 2020.

_____
Defendant, Michael Mona, Jr.

Page 1 of 3

MAC:13804-013 4046292_1

1   I hereby CONSENT to the above and foregoing substitution.

2   Dated this 10 day of June, 2020.

3                               PROCOPIO, CORY, HARGREAVES &
                                SAVITCH LLP
4

5
                                By:   /s/ Sean M. Sullivan
6                                     S. Todd Neal (Admitted *Pro Hac Vice*)
                                      Sean M. Sullivan (Admitted *Pro Hac Vice*)
7                                     525 B. Street, Suite 220
                                      San Diego, CA  92101
8                                     Tel: (619) 238-1900
                                      *Attorneys for Defendants, Bart P. Mackay,*
9                                     *Larry Raskin, and Cannavest Corp. a/k/a CV*
                                      *Sciences, Inc.*
10

11      I am duly admitted to practice in this District and hereby ACCEPT the above and

12   foregoing substitution as attorney for Defendant, Michael Mona, Jr. in the above-entitled

13   action.

14   Dated this 10 day of June, 2020.

15                               MARQUIS AURBACH COFFING

16

17                               By:   /s/ Michael D. Maupin
                                      Terry A. Coffing, Esq.
18                                    Nevada Bar No. 4949
                                      Michael D. Maupin, Esq.
19                                    Nevada Bar No. 13721
                                      10001 Park Run Drive
20                                    Las Vegas, Nevada 89145
                                      *Attorneys for Defendant,*
21                                    *Michael Mona, Jr.*

22                                   **ORDER**

23   IT IS SO ORDERED.

24   Dated this 10th day of June, 2020.

25
                                      _____
26                                    UNITED STATES MAGISTRATE
                                      JUDGE
27

MAC:13804-013 4046292_1

1

## **CERTIFICATE OF SERVICE**

2    I hereby certify that I electronically filed the foregoing **MOTION FOR**

3  **SUBSTITUTION OF COUNSEL** with the Clerk of the Court for the United States District

4  Court by using the court's CM/ECF system on the  10   day of June, 2020.

5    ☒    I further certify that all participants in the case are registered CM/ECF users

6  and that service will be accomplished by the CM/ECF system.

7    ☐    I further certify that some of the participants in the case are not registered

8  CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid,

9  or have dispatched it to a third party commercial carrier for delivery within 3 calendar days

10  to the following non-CM/ECF participants:

11

12
          /s/ Rosie Wesp
13          An employee of Marquis Aurbach Coffing

14

15

16

17

18

19

20

21

22

23

24

25

26

27

MAC:13804-013 4046292_1