**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Michael D. Maupin, Esq.
Nevada Bar No. 13721
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
mmaupin@maclaw.com
 *Attorneys for Defendant,*
 *Michael Mona, Jr.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RUTH, and OTILDA LAMONT, Derivatively on Behalf of CANNAVEST CORP., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL MONA, JR., BART P. MACKAY, and LARRY RASKIN, <br> Defendants, <br><br> and <br><br> CANNAVEST CORP., now known as CV Sciences, Inc <br> Nominal Defendant. | Case No.: 2:15-cv-00481-RFB-VCF <br><br> **SUBSTITUTION OF COUNSEL** |

Jeffrey A. Garofalo, Esq., of the law firm of Procopio Cory Hargreaves & Savitch LLP, is hereby substituted as counsel of record for Defendant, Michael Mona, Jr., in the above-entitled action, in place and stead of Terry A. Coffing, Esq. and Michael D. Maupin, Esq., of the law firm of Marquis Aurbach Coffing.

Dated this 12 day of October, 2020.

_____
Defendant, Michael Mona, Jr.

MAC:13804-013 4156293_2

I hereby CONSENT to the above and foregoing substitution.

Dated this 12 day of October, 2020.

                                           MARQUIS AURBACH COFFING

By: _____
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Michael D. Maupin, Esq.
Nevada Bar No. 13721
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants,
Michael Mona, Jr

I am duly admitted to practice in this District and hereby ACCEPT the above and foregoing substitution as attorney for Defendant, Michael Mona, Jr. in the above-entitled action.

Dated this 9th day of October, 2020.

                                          PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: _____
Jeffrey A. Garofalo, Esq.
Nevada Bar No. 7345
3960 Howard Hughes Pkwy., Suite 500
Las Vegas, NV 89169
*Attorneys for Defendant,*
*Michael Mona, Jr.*

## ORDER

IT IS SO ORDERED.

Dated this 12 day of October, 2020.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

MAC:13804-013 4156293_2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **SUBSTITUTION OF COUNSEL** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 13th day of October, 2020.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

_____
An employee of Marquis Aurbach Coffing

MAC:13804-013 4156293_2