# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| MICHAEL RUTH, and OTILDA LAMONT, Derivatively on Behalf of CANNAVEST CORP., | |
| Plaintiff, | 2:15-cv-00481-RFB-VCF |
| vs. | **ORDER** |
| MICHAEL MONA, JR., BART P. MACKAY, and LARRY RASKIN, | |
| Defendant. | |

Before the Court is *Michael Ruth, et al., v. Michael Mona, Jr., et al.*, case number 2:15-cv-481-RFB-VCF.

IT IS HEREBY ORDERED that the status hearing scheduled for 1:00 PM, November 16, 2020, is VACATED and RESCHEDULED to 3:00 PM, December 21, 2020.

The status hearing will be held by video conference.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, December 18, 2020.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

• Log on to the call ten (10) minutes prior to the hearing time.

• Mute your sound prior to entering the hearing.

• Do not talk over one another.

• State your name prior to speaking for the record.

1 • Do not have others in the video screen or moving in the background.

2 • No recording of the hearing.

3 • No forwarding of any video conference invitations.

4 • Unauthorized users on the video conference will be removed.

5

6  DATED this 12th day of November, 2020.

7                                                                          _____
                                                                            CAM FERENBACH
8                                                                          UNITED STATES MAGISTRATE JUDGE