**PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP**
S. Todd Neal (Admitted *Pro Hac Vice*)
Sean M. Sullivan (Admitted *Pro Hac Vice*)
525 B. Street, Suite 2200
San Diego, CA 92101
Phone: (619) 238-1900
Email: todd.neal@procopio.com
Email: sean.sullivan@procopio.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna (Admitted *Pro Hac Vice*)
501 Fifth Avenue, 19th Floor
New York, New York 10017
Phone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OTILDA LAMONT, Derivatively on Behalf of CANNAVEST CORP., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MONA, JR., BART P. MACKAY, and LARRY RASKIN, <br><br> Defendants, <br><br> and <br><br> CANNAVEST CORP., <br><br> Nominal Defendant. | Case No.: 2:15-cv-481-RFB-VCF <br><br> **STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S THIRD AMENDED SHAREHOLDER DERIVATIVE COMPLAINT** <br><br> **(FIRST REQUEST)** |

1  Plaintiff Otlida Lamont ("Plaintiff") and Defendants Michael Mona, Jr., Bart P.
2  Mackay, Larry Raskin, and CV Sciences, Inc., formerly known as CannaVest Corp.
3  ("Defendants") stipulate as follows:

4  On November 24, 2020, this Court denied Defendants' Motion to Dismiss
5  Plaintiffs' Second Amended Complaint as to Defendants Mona and Mackay and
6  granted the Motion as to Defendant Raskin.[1]  ECF No. 84.  The Court ordered Plaintiffs
7  to file a third amended complaint within 21 days of the order to address the sole issue
8  of Plaintiff's standing as a shareholder.  ECF No. 84.  On December 11, 2020, Plaintiff
9  filed the operative Third Amended Complaint ("TAC").  ECF No. 87.

10  Pursuant to Fed. R. Civ. P. 15(a)(3) and 6(a)(1), Defendants' deadline to respond
11  to the TAC is December 28, 2020.  Defendants have worked diligently to prepare an
12  answer to the TAC, but given the complexity of the allegations in the TAC and the
13  timing over the holiday season, the Parties have agreed to extend Defendants' deadline
14  to file an answer until January 11, 2021.

15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///

---

[1] The Motion to Dismiss was denied without prejudice as to the issue of Plaintiff's standing to bring a derivative lawsuit and denied with prejudice in all other respects.  *See* ECF No. 84.

1

Therefore, the Parties hereby stipulate to extend Defendants' deadline to respond to the TAC until January 11, 2021.

Dated: December 28, 2020

| | |
|---|---|
| **MATTHEW L. SHARP, LTD.** | **PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP** |
| By: */s/ Thomas J. McKenna*<br>Matthew L. Sharp<br>432 Ridge Street<br>Reno, NV 89501<br>Phone: (775) 324-1500<br>Email: matt@mattsharplaw.com<br><br>and<br><br>Thomas J. McKenna<br>**GAINEY McKENNA & EGLESTON**<br>501 Fifth Avenue, 19th Floor<br>New York, New York 10017<br>Phone: (212) 983-1300<br>Fax: (212) 983-0383<br>Email: tjmckenna@gme-law.com<br><br>*Counsel for PLAINTIFFS* | By: */s/ S. Todd Neal*<br>S. Todd Neal (Admitted *Pro Hac Vice*)<br>Sean M. Sullivan (Admitted *Pro Hac Vice*)<br>525 B. Street, Suite 2200<br>San Diego, CA 92101<br>Phone: (619) 238-1900<br>Email: todd.neal@procopio.com<br>Email: sean.sullivan@procopio.com<br><br>and<br><br>William R. Urga (Nev. Bar 1195)<br>**JOLLEY URGA WOODBURY HOLTHUS & ROSE**<br>330 S. Rampart Blvd., Suite 380<br>Las Vegas, Nevada 89145<br>Telephone: 702.699.7500<br>Facsimile: 702.699.7555<br>Email: wru@juwlaw.com<br><br>*Counsel for Defendants MICHAEL MONA, JR., BART P. MACKAY, LARRY RASKIN, and CANNAVEST CORP.* |

**IT IS SO ORDERED.**

_____
**United States Magistrate Judge**

Dated this ___28th___ day of December, 2020.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2020, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing.  Paper copies have been or promptly will be served personally on all parties not registered, and those indicated as non-registered participants.

*/s/ S. Todd Neal*
S. Todd Neal