**PROCOPIO, CORY,**
**HARGREAVES & SAVITCH, LLP**
S. Todd Neal (Admitted *Pro Hac Vice*)
Sean M. Sullivan (Admitted *Pro Hac Vice*)
525 B. Street, Suite 2200
San Diego, CA 92101
Phone: (619) 238-1900
Email: todd.neal@procopio.com
Email: sean.sullivan@procopio.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna (Admitted *Pro Hac Vice*)
501 Fifth Avenue, 19th Floor
New York, New York 10017
Phone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OTILDA LAMONT, Derivatively on Behalf of CANNAVEST CORP., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MONA, JR., BART P. MACKAY, and LARRY RASKIN, <br><br> Defendants, <br><br> and <br><br> CANNAVEST CORP., <br><br> Nominal Defendant. | Case No.: 15-00481-RFB-VCF <br><br><br> **FED. R. CIV. P. 41(a) STIPULATION TO DISMISS DEFENDANT LARRY RASKIN** |

1  Plaintiff Otlida Lamont ("Plaintiff") and Defendants Michael Mona, Jr., Bart P.
2  Mackay, Larry Raskin, and CV Sciences, Inc., formerly known as CannaVest Corp.
3  ("Defendants") stipulate as follows:
4  On November 24, 2020, this Court granted Defendants' Motion to Dismiss the
5  Second Amended Complaint as to Defendant Raskin, without prejudice to Plaintiff's
6  ability to seek leave to add him to the action in the event Plaintiff later discovers
7  grounds justifying such leave.  ECF No. 84.
8  On December 11, 2020, Plaintiffs filed a Third Amended Complaint ("TAC")
9  to address Plaintiffs' standing as shareholders.  ECF No. 87.  The TAC still names
10 Raskin as a Defendant.
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Pursuant to the Court's order on Defendants' Motion to Dismiss the Second Amended Complaint, and Fed. R. Civ. P. 41(a)(1)(ii), all Parties who have appeared in this action stipulate to the dismissal without prejudice of Defendant Larry Raskin.

Dated: December 28, 2020

| MATTHEW L. SHARP, LTD. | PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP |
|---|---|
| By: */s/ Thomas J. McKenna*<br>Matthew L. Sharp<br>432 Ridge Street<br>Reno, NV 89501<br>Phone: (775) 324-1500<br>Email: matt@mattsharplaw.com<br><br>and<br><br>Thomas J. McKenna<br>**GAINEY McKENNA & EGLESTON**<br>501 Fifth Avenue, 19th Floor<br>New York, New York 10017<br>Phone: (212) 983-1300<br>Fax: (212) 983-0383<br>Email: tjmckenna@gme-law.com<br><br>*Counsel for PLAINTIFFS* | By: */s/ S. Todd Neal*<br>S. Todd Neal (Admitted *Pro Hac Vice*)<br>Sean M. Sullivan (Admitted *Pro Hac Vice*)<br>525 B. Street, Suite 2200<br>San Diego, CA 92101<br>Phone: (619) 238-1900<br>Email: todd.neal@procopio.com<br>Email: sean.sullivan@procopio.com<br><br>and<br><br>William R. Urga (Nev. Bar 1195)<br>**JOLLEY URGA WOODBURY HOLTHUS & ROSE**<br>330 S. Rampart Blvd., Suite 380<br>Las Vegas, Nevada 89145<br>Telephone: 702.699.7500<br>Facsimile: 702.699.7555<br>Email: wru@juwlaw.com<br><br>*Counsel for Defendants MICHAEL MONA, JR., BART P. MACKAY, LARRY RASKIN, and CANNAVEST CORP.* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 29th day of December, 2020.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2020, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing. Paper copies have been or promptly will be served personally on all parties not registered, and those indicated as non-registered participants.

*/s/ S. Todd Neal*
S. Todd Neal