Matthew L. Sharp
Nevada Bar No. 4746
**MATTHEW L. SHARP, LTD.**
432 Ridge Street
Reno, Nevada 89501
(775) 324-1500
matt@mattsharplaw.com

*Liaison Counsel for Plaintiff*

[*Additional Counsel Listed on Signature Page*]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OTILDA LAMONT, Derivatively on Behalf of CANNAVEST CORP., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MONA, JR., BART P. MACKAY, and LARRY RASKIN, <br><br> Defendants, <br><br> and <br><br> CANNAVEST CORP., now known as CV Sciences, Inc. <br><br> Nominal Defendant. | Case No. 2:15-cv-00481-RFB-VCF <br><br> **NOTICE OF PLAINTIFF'S SUBMISSION OF PROPOSED JUDGMENT** |

Plaintiff Otilda Lamont, through her undersigned counsel of record, hereby submits a proposed Judgment pursuant to the terms set forth in the Court's Minute Order (ECF 122) granting Final Approval of Settlement, for an Award of Attorneys' Fees, an

///
///
///
///

Award of Reimbursement of Expenses, and for a Service Award. The proposed Judgment is attached hereto as Exhibit 1 for the Court's consideration.

Dated: June 28, 2023

**MATTHEW L. SHARP, LTD.**

      /s/ Matthew L. Sharp
Matthew L. Sharp
Nevada Bar No. 4746
432 Ridge Street
Reno, Nevada 89501
(775) 324-1500
matt@mattsharplaw.com

*Liaison Counsel for Plaintiff*

Gregory M. Egleston *(pro hac vice)*
Thomas J. McKenna *(pro hac vice)*
**GAINEY McKENNA & EGLESTON**
501 Fifth Avenue, 19th Fl.
New York, NY 10017
(212) 983-1300
gegleston@gme-law.com
tjmckenna@gme-law.com

*Lead Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served electronically through the CM/ECF system to all counsel of record.

                                         */s/ Cristin B. Sharp*
                              An employee of Matthew L. Sharp, Ltd.